UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
TRACY A. SMITH              )
                            )
      Plaintiff,            )
                            )
v.                          )     Civil Action No. 03-12519-GAO
                            )
UNITED RENTALS, INC.        )
                            )
      Defendant.            )
_____)
```

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

    Pursuant to the provisions of Local Rule 7.3, defendant United Rentals, Inc. states that it is a Delaware corporation that does not have a parent. United Rentals, Inc. currently does not have more than 10% of its stock owned by another publicly held company.

    UNITED RENTALS, INC.
By its attorneys,
***ROBINSON & COLE LLP***


/ s / David B. Wilson
David B. Wilson (BBO#548359)
Al Harmon (BBO#655832)
One Boston Place
Boston, MA 02108
Tel 617-557-5999

Dated: April 14, 2004

825259

CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2004 I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

> Kevin B. Callanan, Esq.
> 17 Accord Park Drive
> Norwell, MA 02066

> / s / David B. Wilson
> David B. Wilson