UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRACY SMITH
       Plaintiff,

v.                                             Civil Action No. 03-12519-GAO

UNITED RENTALS, INC.
       Defendant.
_____/

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties, pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, hereby file the following joint statement and proposed pre-trial schedule in anticipation of the Scheduling Conference scheduled for April 15, 2004.

Proposed Pre-Trial Schedule

A.    Discovery Plan

1.    Interrogatories

Up to two sets of interrogatories served by each party with each party limited to a total of twenty-five interrogatories. Service by May 17, 2004 and response in accordance with Rule 33.

2.    Requests for Production of Documents

Up to two sets of requests for production of documents for each party, each party limited to a total of twenty-five requests. Service by May 17, 2004 and responses in accordance with Rule 34.

1

3. Depositions

   Up to six depositions for each party. All depositions completed by July 15, 2004.

4. Expert Disclosure

   Plaintiff to disclose all experts and reports as required by Fed. R. Civ. P 26 by July 30, 2004. Defendant to make counter-designation by August 30, 2004.

B. Motion Schedule

1. All motions for summary judgment filed by November 15, 2004.

2. All oppositions filed by December 15, 2004.

C. Proposed Pre-Trial Conference Date

   The parties propose that the Court conduct a pre-trial conference in this matter on February 15, 2005 or as soon thereafter as the Court's calendar permits.

D. Certifications

   The parties will file Certificates in accordance with Local Rule 16.1 at the Scheduling Conference on April 15, 2004.

E. Alternative Dispute Resolution

   The parties are amenable to mediation.

Respectfully submitted,

TRACY SMITH

By her attorney,

*/s/ Kevin B. Callanan*

Kevin B. Callanan  (BBO # 070620)
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, MA  02061
781-878-1604


Respectfully submitted,

UNITED RENTALS, INC.

By its attorney,

*/s/ David B. Wilson*

David B. Wilson  (BBO # 548359)
ROBINSON & COLE
One Boston Place – 25TH Floor
Boston, MA 02108-4404
617-557-5900


Date:  April 15, 2004