UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRACY SMITH,
    Plaintiff

v.                                                   Civil Action No. 03-12519-GAO

UNITED RENTALS, INC.,
    Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3)

The plaintiff, Tracy Smith, and undersigned counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- -- and various alternative courses-- -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

TRACY SMITH

By her attorney,

_____       _____
Tracy Smith                                  Kevin B. Callanan BBO #070620
                                                              Law Office of Kevin B. Callanan
                                                              17 Accord Park Drive, Suite 101
                                                               Norwell, Massachusetts 02061
                                                               781-878-1604

Dated: April 15, 2004