UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY A. SMITH )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED RENTALS, INC. )<br><br>Defendant. ) | Civil Action No. 03-12519-GAO |

DEFENDANT'S LOCAL
RULE 16.1(D) (3)  CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), defendant United Rentals, Inc. and its counsel hereby certify that they have conferred:

(a)  with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UNITED RENTALS, INC.                                      ROBINSON & COLE LLP

_____                                   _____
By: Craig Pintoff                                          David B. Wilson (BBO#548359)
    Director of Legal Affairs                              Al Harmon (BBO#655832)
                                                           One Boston Place
                                                           Boston, MA 02108
                                                           Tel 617-557-5999

Dated: April 13, 2004

825057

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2004 I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

>Kevin B. Callanan, Esq.
>17 Accord Park Drive
>Norwell, MA 02066

_/s/ David B. Wilson_
David B. Wilson