UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY A. SMITH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED RENTALS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 03-12519-GAO |

IT IS HEREBY STIPULATED between plaintiff Tracy A. Smith and defendant United Rentals, Inc., that the within action be dismissed, with prejudice and without costs or fees, with all rights of appeal to be waived.

TRACY A. SMITH, by her attorney

_____
Kevin B. Callanan, BBO# 070620
17 Accord Park Drive, #101
Norwell, MA 02061
Tel 781-878-1604

UNITED RENTALS, INC., by its attorneys

_____
David B. Wilson, BBO# 548359
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
Tel 617- 557-5900

DATED: ~~January~~ March 18, 2005

848135

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I caused a copy of the foregoing document to be served via first class mail addressed to:

> Kevin B. Callanan, Esq.
> 17 Accord Park Drive
> Norwell, MA 02066

*David B. Wilson*
David B. Wilson